

# NUMBER 13-22-00354-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KOEPKE, INC.,                                                                              Appellant,

v.

STEVE LEWIS, LLC D/B/A
LEWIS MECHANICAL SALES,                                                    Appellee.

## On appeal from the 464th District Court
## of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Chief Justice Contreras**

Appellant Koepke, Inc. filed a notice of appeal regarding a judgment rendered against it in cause number C-2477-20-L in the 464th District Court of Hidalgo County, Texas. In that cause, the trial court granted summary judgment in favor of appellee Steve Lewis, LLC d/b/a Lewis Mechanical Sales regarding appellee's claims against appellant

for nonpayment of a promissory note. On August 1, 2022, the Clerk of this Court requested appellant to remit the $205.00 filing fee for the appeal within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court). On August 18, 2022, the Clerk notified appellant that it was delinquent in paying the filing fee for the appeal. The Clerk advised appellant that the appeal would be dismissed if the filing fee was not paid within ten days. *See* TEX. R. APP. P. 42.3(b), (c). To date, appellant has not paid the filing fee for the appeal and has not otherwise responded to the Clerk's directives.

The Court, having examined and fully considered the notice of appeal, the clerk's record, and the foregoing events, is of the opinion that this appeal should be dismissed. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
8th day of September, 2022.

2